# Exhibit A

# United States of America
### United States Patent and Trademark Office



**Reg. No. 3,849,776**
**Registered Sep. 21, 2010**
**Int. Cl.: 45**

**SERVICE MARK**

**PRINCIPAL REGISTER**

GEORGE SINK, P.A. INJURY LAWYERS (SOUTH CAROLINA INCORPORATED PROFESSIONAL ASSOCIATION), FORMERLY ACCIDENT & INJURY LAW OFFICES OF GEORGE SINK, P.A.
7011 RIVERS AVE, SUITE 105
NORTH CHARLESTON, SC 29406

FOR: LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

FIRST USE 2-18-1999; IN COMMERCE 2-18-1999.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "P.A." OR "INJURY LAWYERS", APART FROM THE MARK AS SHOWN.

THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK IDENTIFIES "GEORGE SINK", WHOSE CONSENT(S) TO REGISTER IS MADE OF RECORD.

THE MARK CONSISTS OF THE WORD "GEORGE" ABOVE THE WORDS "SINK, P.A.", WHICH IS ABOVE THE WORDS "INJURY LAWYERS", IN ALL CAPITAL LETTERS, BETWEEN TWO HORIZONTAL LINES THAT ARE SITUATED ABOVE AND BELOW THE WORDS "INJURY LAWYERS".

SER. NO. 77-916,192, FILED 1-20-2010.

SHAILA SETTLES, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office