Exhibit C

charleston car accident lawyer sink law

Rating ▾    Hours ▾

| | |
|---|---|
| **Grover "Beau" Seaton, Attorney at Law** ▾<br>Ad  3.8 ★★★★ (10) · Crimin...<br>Moncks Corner, SC<br>(843) 761-3840<br>Closed · Opens 9AM Fri | WEBSITE  DIRECTIONS |
| **Yarborough Applegate Law Firm** ▾<br>Ad  4.8 ★★★★★ (18) · Perso...<br>Charleston, SC<br>(843) 972-0150<br>Open 24 hours | WEBSITE  DIRECTIONS |
| **George Sink Law Firm**<br>No reviews · Personal injury attor...<br>North Charleston, SC<br>(843) 620-4444<br>Open 24 hours | WEBSITE  DIRECTIONS |
| **George Sink, P.A. Injury Lawy**<br>4.8 ★★★★★ (624) · Personal i...<br>North Charleston, SC<br>(843) 628-0100<br>Closed · Opens 8AM Fri<br>"I will definitely recommend this Law Firm." | WEBSITE  DIRECTIONS |
| **Green Law Firm**<br>4.5 ★★★★½ (66) · Personal in...<br>North Charleston, SC<br>(843) 747-2455<br>Open 24 hours | WEBSITE  DIRECTIONS |

Can't find what you are looking for?

## George Sink Law Firm  ✕

[Website]  [Directions]  [Save]

Personal injury attorney

**Address:** 4000 Faber Pl Dr #300, North Charleston, SC 29405
**Hours:** Open 24 hours ▾
**Phone:** (843) 620-4444

Suggest an edit

### Questions & answers    [Ask a question]
Be the first to ask a question

### Review summary ⓘ    [Write a review]
Be the first to review

### Web results

**South Carolina and Georgia Personal Injury Attorney | George Sink**
https://www.sinklaw.com/
At George Sink, P.A. Injury Lawyers, our South Carolina attorneys have helped