# Exhibit D



# (843) 620-4444

**George Sink Law Firm** | georgesink@gmail.com · (843) 620-4444 · **4000 Faber Place Dr., Suite 300,** North Charleston, SC 29405

Information on this website is not legal advice for you or your specific situation. Reviewing the information on this website does not create an attorney-client relationship with the law firm. Speak with an attorney for the specific laws and factors which may apply to your situation instead of acting on any of the general information on this site. George Sink, Jr. is a lawyer licensed in South Carolina and Georgia, up to the GA Supreme Court. Nothing on this website reflects the endorsement of anyone except attorney George Sink, Jr. This firm is not at all associated with George Sink, P.A. Injury Lawyers or George Sink, Sr. (well, besides the founder of George Sink Law Firm, LLC being the son of and former employee of George Sink, Sr.). Cases are handled by a lawyer who principally practices out of the George Sink Law Firm, LLC offices on 4000 Faber Place Dr, Suite 300 N Charleston, SC 29405 or elsewhere in Georgia and South Carolina by appointment. George Sink, Jr is also happy to drive to you to discuss new cases after a phone consultation, or to send a representative to meet with you. Fees computed before deducting expenses from recovery. Language about costs and fees like "We don't get paid until you get paid" or similar language refers only to fees charged by the attorney. Court costs and other additional expenses of legal action or preparation usually must be paid by the client. The fee agreement controls and should be referred to regarding these matters if there's any confusion or conflict between this site and the final agreement. Contingent attorneys' fees refers only to those fees charged by attorneys for their legal services. Contingent fees are not permitted in all types of cases. Any result the lawyer or law firm may have achieved on behalf of clients in one matter does not necessarily indicate similar results can be obtained for other clients. Verdicts, awards, and total recoveries presented reflect gross numbers, before attorneys' fees, costs and expenses are deducted. We appreciate you reading. We want to help you - and anyone who has been hurt by the wrongdoing of someone else. Please call. We're happy to discuss your situation and help you or point you in the right direction. -George