# Exhibit E



         

Ted Sink and Gavin Brooks

6 / 35



3/6/2019                                                          Ted Sink (@tedsink) | Twitter

- Home
- Moments
- Notifications (72)
- Messages

Search Twitter          Tweet

## Ted Sink
@tedsink

| Tweets | Following | Followers | Likes | Lists |
|---|---|---|---|---|
| 2,618 | 2,208 | 1,907 | 4,563 | 14 |

Follow

### Ted Sink
@tedsink

Creative Strategist, Mad Ad Man, Lapsed Poet, Semi-Pro Magician, Planner, a fella with an opinion and the facts to back it up.

- iPhone: 40.738529,-74.000237
- bit.ly/tedsink
- Joined March 2009

Tweet to Ted Sink

1 Follower you know

142 Photos and videos



**Tweets**    Tweets & replies    Media

**Ted Sink** @tedsink · Jan 5
You've seen the truffle shuffle.   Is this the Trumple Shuffle?

> **Caroline McCarthy** ✓ @caro
> It is I, here to ruin your Twitter timeline twitter.com/JerryDunleavy/…
> Show this thread

⤴ **Ted Sink Retweeted**

**Alex Morash** ✓ @AlexMorash · 8 Nov 2018
Tucker Carlson thought it was monstrous that activists chanted outside his home last night.

Two weeks ago he was laughing about Goerge Soros being mailed a pipe bomb.



💬 2.1K    🔁 16K    ♥ 38K

Show this thread

⤴ **Ted Sink Retweeted**

**Jennifer Ko** @JnestorKo · 6 Nov 2018
Replying to @brianbeutler

















**Ted Sink**

December 3, 2018

★★★★★ The heart and soul of Charleston's Mexican food scene. Easily the best salsa. Wonderful counterculture vibe. Warm welcomes every time. Welcome home to Santi's.