UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| GEORGE SINK, P.A. INJURY LAWYERS, | Civil Case No. 2:19-cv-01206-DCN |
| Plaintiff, | |
| v. | **DEFENDANTS' LOCAL RULE 26.01 INTERROGATORY ANSWERS** |
| GEORGE SINK II LAW FIRM, LLC, GEORGE SINK LAW FIRM, LLC, SOUTHERN LEGAL ASSOCIATION, LLC, and GEORGE ("TED") SINK, JR., | |
| Defendants. | |

NOW COMES PLAINTIFFS, by and through counsel, and answer the Local Rule 26.01 Interrogatories as follows:

### Interrogatory Answers

**(A)** State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER: None**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER: Jury trial requested.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

**ANSWER: Not applicable.**

(D) State the basis for asserting the claim in the division in which it was filed (or the

basis of any challenge to the appropriateness of the division). *See* Local Civil Rule 3.01.

**<u>ANSWER</u>:** **Plaintiff filed the claim in this Court.**

(E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**<u>ANSWER</u>:** **Not applicable.**

(F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**<u>ANSWER</u>:** **The Defendant is improperly identified in the caption as the Defendant's legal name is George Sink, Jr. Defendant's counsel will accept an amended summons reflecting the correct identification.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**<u>ANSWER</u>:** **Not applicable.**

*{SIGNATURE PAGE TO FOLLOW}*

| | |
|---|---|
| Charleston, South Carolina<br>May 10, 2019 | s/Ronald L. Richter, Jr.<br>Ronald L. Richter, Jr. (Federal Bar No. 6264)<br>s/Scott M. Mongillo<br>Scott M. Mongillo (Federal Bar No. 7436)<br>BLAND RICHTER, LLP<br>*Attorneys for Defendants*<br>Peoples Building<br>18 Broad Street, Mezzanine<br>Charleston, South Carolina 29401<br>Telephone 843.573.9900<br>Facsimile 843.573.0200<br>ronnie@blandrichter.com<br>scott@blandrichter.com<br><br>s/Eric S. Bland<br>Eric S. Bland (Federal Bar No. 5472)<br>BLAND RICHTER, LLP<br>*Attorneys for Defendants*<br>1500 Calhoun Street<br>Post Office Box 72<br>Columbia, South Carolina 29202<br>Telephone 803.256.9664<br>Facsimile 803.256.3056<br>ericbland@blandrichter.com<br><br>-and-<br><br>s/Timothy D. St. Clair<br>Timothy D. St. Clair (Federal Bar No. 4270)<br>PARKER POE ADAMS & BERNSTEIN, LLP<br>*Attorneys for Defendants*<br>110 East Court Street, Suite 200<br>Greenville, South Carolina 29601<br>Telephone:  864.577.6371<br>Facsimile:  864.242.9888<br>timstclair@parkerpoe.com |