UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| GEORGE SINK, P.A. INJURY LAWYERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Case No. 2:19-cv-01206-DCN |
| GEORGE SINK II LAW FIRM, LLC, | ) |
| GEORGE SINK LAW FIRM, LLC, | ) |
| SOUTHERN LEGAL ASSOCIATION, LLC, | ) |
| and GEORGE ("TED") SINK, JR., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SEAL

Pursuant to Local Rule 5.03, D.S.C., Plaintiff George Sink, P.A. Injury Lawyers ("Plaintiff") respectfully requests that it be allowed to file under seal certain portions of Plaintiff's Memorandum in Support of Plaintiff's Motion for Preliminary Injunction and the Declaration of George T. Sink, Sr. The portions of the documents Plaintiff seeks to redact contain personal, sensitive, confidential, and/or proprietary business information.

Pursuant to Local Rule 5.03, D.S.C., a memorandum is filed concurrently herewith more fully setting forth the grounds for this Motion to Seal.

Date: May 15, 2019						Respectfully submitted,

							s/ Trudy H. Robertson
							Trudy H. Robertson
							Federal ID No. 6211
							MOORE & VAN ALLEN PLLC
							78 Wentworth Street
							Charleston, SC 29401
							Telephone: (843) 579-7061
							Facsimile: (843) 579-8722
							E-mail: trudyrobertson@mvalaw.com

							Allan R. Holmes (Fed. ID# 1925)
							Cheryl H. Ledbetter (Fed. ID# 11446)
							GIBBS & HOLMES
							171 Church Street, Suite 110
							Charleston, SC 29401
							(843) 722-0033 (telephone)
							(843) 722-0114 (facsimile)
							E-mail: aholmes@gibbs-holmes.com
								cledbetter@gibbs-holmes.com

							J. Mark Wilson (*pro hac vice application forthcoming*)
							N.C. State Bar No. 25763
							Kathryn G. Cole (*pro hac vice application forthcoming*)
							N.C. State Bar No. 39106
							Minnie Kim (*pro hac vice application forthcoming*)
							N.C. State Bar No. 46173
							MOORE & VAN ALLEN PLLC
							100 North Tryon Street
							Suite 4700
							Charlotte, North Carolina 28202
							Telephone: (704) 331-1000
							Facsimile: (704) 331-1159
							E-mail: markwilson@mvalaw.com
								 katecole@mvalaw.com
								 minniekim@mvalaw.com

							*Attorneys for Plaintiff George Sink, P.A. Injury Lawyers*