## **EXHIBIT A**

Non-Confidential Descriptive Index

1. Memorandum in Support of Plaintiff's Motion for Preliminary Injunction
2. Declaration of George T. Sink, Sr.