IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| George Sink, P.A. Injury Lawyers, | ) | C/A No.: 2:19-cv-1206 DCN |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| -vs- | ) | |
| | ) | |
| George Sink II Law Firm, LLC; George Sink Law Firm, LLC; Southern Legal Association, LLC; and George ("Ted") Sink, Jr., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon plaintiff's motion to seal certain portions of plaintiff's memorandum in support of plaintiff's motion for preliminary injunction and declaration of George T. Sink, Sr. This motion was filed on May 15, 2019. For good cause shown, it is therefore

**ORDERED** that the motion to seal is **GRANTED**.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

May 16, 2019
Charleston, South Carolina