# Exhibit I

## Attorney endorsements (11)

Are you an attorney? Endorse this law



**George Sink**, Car accident Attorney on Dec 20, 2016

**Relationship:** Supervised lawyer

George Theodore Sink Jr. is by far one of the finest lawyers I know. He's intelligent, honorable, and caring. He has my unswerving recommendation.



"Side by Side :30" TV Spot

 

A car wreck can come at you fast
So you need a law firm that moves even faster
Call George Sink Injury Lawyers at 999-9999
We have the experience to help get your money faster
And we'll stand by you every step of the way



**I'm attorney George Sink and this is my son, attorney George Sink**
If you've been hurt on the highway, call all 9s.
That's 999-9999.  We're here to help you **Side by Side**

Call George Sink Injury Lawyers at 999-9999 now

"Furious:30" TV Spot

 

Voice over: When you're hurt
Woman: "Please, I need your help –fast."
Gs Sr: We'll be right there.
VO: You need help fast.
Gs Jr: Just call all 9s.  That's 999-9999
Gs Sr: Our firm has the experience you need to get your money faster.
If you ever need us again, just call all 9s
Gs Jr: Don't get furious.  Call all 9s fast.



**At George Sink Injury Lawyers, we'll come to you**
**On the DOUBLE.**   (pun being that there are two George Sinks who
will come to a client's home quickly).
Jingle

"Gone :30" TV Spot

Voice over: This commercial is rated R for Results.
Time it took to get in an accident: 9 seconds
Time to took for you to pick up the phone: 9 minutes
If you called the number, then your worries could be gone.  Gone in all 9s




**GS Sr: I'm attorney George Sink.  Gs Jr: I'm attorney George Sink.**
Hurt on the highway?  Our firm has the experience to help you get your money faster.
Call anytime, day or night .   George Sink Injury Lawyers will be there for you **on the double.  (pun about two George Sinks)**



Call all 9s to leave your worries in the dust.  That's 999-9999

"Pyramid" TV Spot

 

Explorer 1: "This is it. The answer I've been looking for.   Come, come quickly!"
Explorer 2:   "What does it say?  It says "Call all 9s.""
George Sink, Sr: It's not hard to figure out!
George Sink, Jr: If you've been hurt on the highway, call all 9s.



**I'm attorney George Sink and I'm attorney George Sink**
Our law firm has the experience to get your money faster.

And make your wreck ancient history.  Just call all 9s













Greetings

George, Jeannette, Alex, George Sink Jr.,
and everyone at George Sink, P.A.
Injury Lawyers send you our very
best wishes for this holiday season.

George



Season's Greetings

George, Jeannette, Alex, George
Sink Jr., and everyone at George
Sink, P.A. Injury Lawyers send you
our very best wishes for this holiday
season.

George Sink Sr.

| Two George Sinks | |
|---|---|
| Open on GT, talking to camera.  Reception Desk behind him | GT: I'm attorney George Sink. If you've been hurt in a car wreck … |
| Pan camera shot wider from GT to see client sitting on couch.  Client looks puzzled and says…" Hey!  I thought he was George Sink!" pointing at Mr. Sink as he walks into frame | Client: Hey!  I thought he was George Sink! |
| George Sink enters frame fully, client between him and GT.  GS explains to client | GS: He is! I'm proud to say there are now Two _I am and he is, too_ _Attorney_ George Sinks serving injured people |
| GT speaks to GS, then to Camera | GT: Thanks, Dad.  George Sink Injury Lawyers has over 40 attorneys to serve you |
| Client jumps in to speak | Client:  …including Two George Sinks! |
| GS on camera | GS: If you've been hurt on the highway |
| GT on Camera | GT: call 999-9999 |
| Client to Camera | Client: That's all 9s! |
| | GS:  I'm attorney George Sink |
| GS on camera | GT: and I'm attorney George Sink |
| | GS: George Sink Injury Lawyers… |
| | Client: With Two George Sinks |
| GS, GT, Client on screen | GT: …..is here to serve you.  Just call all 9s! |

## Two George Sinks

| | |
|---|---|
| Open on GT, talking to camera.   Reception Desk behind him | GT: **I'm attorney George Sink.  If you've been hurt in a car wreck …** |
| Pan camera shot wider from GT to see client sitting on couch.  Client looks puzzled and says…" Hey!  I thought _he_ was George Sink!" pointing at Mr. Sink as he walks into frame | Client: Hey!  I thought **he** was George Sink! |
| George Sink enters frame fully, client between him and GT.  GS explains to client | I am + he is ho! GS: **He is!  I'm proud to say there are now Two George Sinks serving South Carolina** injured people. |
| GT speaks to GS, then to Camera | GT: **Thanks, Dad.  George Sink Injury Lawyers has over 40 attorneys to serve you** |
| Client jumps in to speak | Client: …including Two George Sinks! |
| GS on camera | GS: **If you've been hurt on the highway** |
| GT on Camera | GT: **call 999-9999** |
| Client to Camera | Client: That's all 9s! |
| | GS: **I'm attorney George Sink** |
| GS on camera | GT: **and I'm attorney George Sink** |
| | GS: **George Sink Injury Lawyers…** |
| | Client: With Two George Sinks |
| GS, GT, Client on screen | GT: **….is here to serve you.   Just call all 9s!** |





