Exhibit K

# Rollout plan: Two George Sinks

- Two George Sinks
    - 1. In the Background: "Behind the Scenes"
    - 2. Holiday
    - 3. Forthcoming Creative Executions: "I'm George Sink. Hey! I'm George Sink"



# "Behind the Scenes"



# Christmas/Holiday TV spots



- https://www.youtube.com/watch?v=Zcs-HVzjveE&feature=youtu.be

- Thanksgiving

- https://youtu.be/DQQGLxJ3YyQ

- Christmas

- https://youtu.be/Zcs-HVzjveE

# Christmas Card



**Season's Greetings**

George, Jeannette, Alex, George Sink Jr., and everyone at George Sink, P.A. Injury Lawyers send you our very best wishes for this holiday season.



## Two George Sinks

| | |
|---|---|
| Open on GT, talking to camera. Reception Desk behind him | GT: I'm attorney George Sink. If you've been hurt in a car wreck … |
| Pan camera shot wider from GT to see client sitting on couch. Client looks puzzled and says…" Hey! I thought <u>he</u> was George Sink!" pointing at Mr. Sink as he walks into frame | Client: Hey! I thought <u>he</u> was George Sink! |
| George Sink enters frame fully, client between him and GT. GS explains to client | GS: ~~He is! I'm proud to say~~ I am and he is, too Attorney there are now Two George Sinks serving injured people |
| GT speaks to GS, then to Camera | GT: Thanks, Dad. George Sink Injury Lawyers has over 40 attorneys to serve you |
| Client jumps in to speak | Client: …including Two George Sinks! |
| GS on camera | GS: If you've been hurt on the highway |
| GT on Camera | GT: call 999-9999 |
| Client to Camera | Client: That's all 9s! |
| | GS: I'm attorney George Sink |
| GS on camera | GT: and I'm attorney George Sink |
| | GS: George Sink Injury Lawyers… |
| | Client: With Two George Sinks |
| GS, GT, Client on screen | GT: ….is here to serve you. Just call all 9s! |

### Two George Sinks

| | |
|---|---|
| Open on GT, talking to camera. Reception Desk behind him | GT: **I'm attorney George Sink. If you've been hurt in a car wreck ...** |
| Pan camera shot wider from GT to see client sitting on couch. Client looks puzzled and says..." Hey! I thought _he_ was George Sink!" pointing at Mr. Sink as he walks into frame | Client: Hey! I thought **he** was George Sink! |
| George Sink enters frame fully, client between him and GT. GS explains to client | _I am + he is no!_ <br> GS: **He is! I'm proud to say there are now Two George Sinks serving ~~South~~ Carolina** _INJURED people._ |
| GT speaks to GS, then to Camera | GT: **Thanks, Dad. George Sink Injury Lawyers has over 40 attorneys to serve you** |
| Client jumps in to speak | Client: **...including Two George Sinks!** |
| GS on camera | GS: **If you've been hurt on the highway** |
| GT on Camera | GT: **call 999-9999** |
| Client to Camera | Client: That's all 9s! |
| | GS: **I'm attorney George Sink** |
| GS on camera | GT: **and I'm attorney George Sink** |
| | GS: **George Sink Injury Lawyers...** |
| | Client: With Two George Sinks |
| GS, GT, Client on screen | GT: **....is here to serve you.  Just call all 9s!** |

































