Exhibit L

**George Sink Jr**
to ▮▮▮▮▮▮ ▾

Mon, Aug 7, 2017, 9:02 PM   

There has been a change in direction from the firm owner (Dad).

Can speak tomorrow or tonight to fill you in, but this has just happened: In discussing the potential of the firm to pay back funders, he reviewed our revenue projections and decided he would prefer to retain the firm at this time.

Thank you for your willingness to consider funding this opportunity.   I think it was a very good opportunity for us both.

Life is long and we may get another opportunity in the future.  I hope I could call on you again if he again becomes open to sale.