Exhibit M

## Agreement to Protect George Sink Jr. in the event of sale or changed ownership of George Sink P.A. Injury Lawyers

In the event of sale of the firm, George Sink, P.A. Injury Lawyers, its owners, officers, agents, successors and assigns shall not in any way seek to restrict the ability of George Sink Jr. to practice law or conduct business in the legal field. George Sink P.A. Injury Lawyers, its owners, agents, officers, successors and assigns hereby forgo any causes of action, enforcement or any claim against George Sink Jr. for the ways in which George Sink Jr. chooses to use his name and conduct business outside of the firm. This is a condition of sale, investment or empowerment at the firm. The same parties will not challenge the validity of this binding agreement.

George Sink P.A. Injury Lawyers is fully committed to the success of George Sink Jr, inside and outside the firm, and will not disparage George Sink Jr. in the press, privately or publicly.

In the event of sale, this agreement will also bind any future owners, officers, investors, agents, successors and assigns of those involved with George Sink P.A. Injury Lawyers as a condition of any sale or rights to govern the actions of the firm. George Sink P.A. Injury Lawyers will not impede and may seek to support George Sink Jr. outside of George Sink P.A. Injury Lawyers, with his knowledge and assent.

Agreed upon this ____ day of August 2017

_____                    _____
George Sink Sr.                                                              George Sink Jr.