Exhibit A3

*LIKE FATHER LIKE...*

# Sink vs. Sink: South Carolina Lawyer Sues Son for Starting Law Firm With Their Shared Name

George Sink Jr. might be the son's legal name—but it's weird for him to use it, his father alleges.

Kelly Weill   05.04.19   4:51 PM ET





*South Carolina personal injury attorney George Sink Sr. has sued his son, George Sink Jr. (shown), for trademark infringement for opening his own plaintiffs firm, George Sink II Law Firm.*

## Sink Sr. v. Sink Jr.: Charleston Plaintiffs Lawyer Sues Son Over Law Firm's Name

**MEREDITH HOBBS** | mhobbs@alm.com

SOUTH CAROLINA personal injury attorney George T. Sink named his son after himself—but now he is suing George T. Sink Jr. over their similar law firm names.

Sink Jr. opened George Sink II Law Firm in February, a few days after he was terminated from his father's firm, George Sink, P.A. Injury Lawyers, according to Sink Sr.'s lawsuit in South Carolina federal court.

Sink Sr.'s firm, George Sink, P.A. Injury Lawyers, claims the name of the new firm infringes on the older firm's trademark and could lead to confusion with clients or on Google searches, according to the April 25 complaint.

Sink Sr. said in the complaint that his firm, George Sink, P.A. Injury Lawyers, is one of the "most recognizable law firms in South Carolina." Since its founding 22 years ago, the firm has grown to 45 lawyers in 13 offices, according to its website, including locations in Savannah and Augusta, Georgia.

Sink Sr. has trademarked "George Sink, P.A. Injury Lawyers" and invested

See **SINK**, page 2

---

### INSIDE!

As Georgia's
a strict abort
Andrea You
Ex-prosecu
would've be

---

### Ga. Justices H on Discovery, in Lt. Gov. Ele

**R. ROBIN MCDONALD** | r

IT WAS A HOT bench at
Georgia on Tuesday as jus
with an unstinting barrage
er to revive a challenge to 1
election.

At the outset, Atlanta
who represents the chal
its ruling will shape how
based on electronic votir

Justices asked who st
an election contest law
counties are responsil
even though the secre
Georgia's chief electio
most, if not all, of the
sought explanations
tistical anomalies i
anomalies were suf
Duncan's election.

The justices also q
contesting the race w
ery after being stymied
State Brad Raffensperge
nal memory of select ele
in Fulton, the state's mo:
Raffensperger was dismi:



Presiding Justice David
discovery, while Justice

---

### Community's Buys More Million Meals

Legal Food Frenzy
are counting dol-
ing food donations
ing other factors to
vho won the state-
t to help Georgians
od assistance.
ta legal commu-
d the record set
aising $294,984
e Atlanta Com-
Bank. Last year's
was $247,781,
rom cash and
atching gifts,
ds are expect-
the teams.
nfident we will
ed our bold
g 1,200,000
families in
Tarassenko,
ank's man-
elations to
captains,
expected to
er this month
ral Chris Carr,
ars Division of
Georgia and
d Banks Asso-
totals for the
money for the
nk showed Joe
year's overall
strong position
King & Spald-
ond place after
dge out Trout-
lere are the top
line donations
d bank:
bachy PC,
& Spalding,
an Sanders,
a Institute of
ce of Legal
D; Baker &
5; Alston &
uire Patton
Serta Sim-
ce of Attor-

---

**A SMART READ FOR SMART READERS**

nd Namae Datant Attorney as New M



Home / Daily News / This is not your father's firm; suit pits…

NTELLECTUAL PROPERTY LAW

# This is not your father's firm; suit pits dad against son over right to use first and last name

Y **DEBRA CASSENS WEISS**

/AY 2, 2019, 7:30 AM CDT



A personal injury law firm in South Carolina founded by George Sink Sr. contends in a federal lawsuit that Sink's son, George Sink Jr., has no right to use the George Sink name for his own legal practice.

The April 25 lawsuit by the elder lawyer's law firm, George Sink, P.A.

**SMALL LAW FIRMS**

# Father Sues Son For Using His Own Name — This Is Why People Hate Lawyers

Is it really a trademark problem to open a firm using your own name?

By JOE PATRICE

May 6, 2019 at 12:15 PM

   

South Carolina attorney George Sink is suing his own son, George Sink Jr., for opening up his own firm and using his own name — the one that George Sink the Elder presumably gave him.

George Sink of George Sink, P.A. Injury Lawyers, used to employ the junior (as in only a couple years out of law school)



This is... not the Sink family. (Image via Getty)

George Sink Jr. (as in his name) until earlier this year. There's no explanation for why Sink fired Sink, but when little Sink opened up his new firm, the George Sink II Law Firm, his father sued for trademark infringement, unfair competition, cybersquatting, unfair trade practice, and dilution. You could say Sink's throwing the kitchen sink at Sink, but we won't say that because that's hokey.

Still, in a profession where entities are expected to be named after their founders, it's not uncommon to have multiple firms sharing names. We survived Morvillo Abramowitz and Morvillo LLP. There are two whole Steptoe and Johnsons! Consumers manage to figure it out and the alternative of forcing attorneys to rename their firms "Super Awesome Esquires" because they happen to have a shared last name seems even worse for misleading the market.

But George Sink's argument runs even deeper than sharing the Sink name:


George Sink Jr. might be the son's legal name—but it's weird for him to use it, his father alleges.

"To the extent 'George T. Sink, Jr.' is Ted Sink's legal name, on information and belief, Ted Sink has throughout his life preferred the use of his middle name and gone by 'Ted' or 'Teddy,'" the suit alleges. It includes pictures of social media were the son goes by "Ted."

On the one hand, this could read like a guy junking the name he uses in common parlance to horn in on his dad's practice. But it could also be a guy using his formal name in a professional context. Many an attorney business card spells out a whole name like "Billington Blundercott III" right before he introduces himself as "Trey." George Sink Jr. is the name on his law license after all. As a consumer, it's beneficial to be able to verify the bona fides of "George Sink Jr." with the state bar than to wonder who "Ted Sink" is.

It's even more murky when you learn that Papa Sink is arguably the one who created the George Sink Jr. brand:



> Furthermore, the elder Sink has referred to his son as "George" in old commercials. One tv commercial, uploaded to YouTube last year shows the father and son standing side by side.
>
> "I'm attorney George Sink," the elder says, and this is my son.
>
> "Attorney George Sink," the younger introduces himself.
>
> The ad spells their names as "George Sink" and "George Sink Jr."

Robbing the kid of using the name that you'd encouraged him to professionally trade under for the last couple years seems unfair. One assumes this whole lawsuit is just an effort to force Sink Jr. to the table to change his firm's name to something more generic. Still, whatever led to the kid getting fired is probably going to militate against his eagerness to deal.

The lesson, of course, is that lawyers should never have children.

Sink vs. Sink: South Carolina Lawyer Sues Son for Starting Law Firm With Their Shared Name [Daily Beast]

 **Live 5 News**
50 mins · 

 **Wanda Barr**
Maybe you shouldn't have named him after you then or payed for that law school for him. Can't handle some family competition? Let the best Sink win.

37m    Love    Reply     19

 **Jeneva Locklear**
**Wanda Barr** this-is so friggin silly omg

24m    Like    Reply     2

 **Wanda Barr**
**Jeneva Locklear** yes it is. He should be embarrassed for the nonsense. Some people is all I can say.

22m    Like    Reply

 Write a reply...

**Jason Jones**
You give your son your same name and when he uses it as his business name you sue him for using your/his own name? That's some funny and

Write a comment...     GIF     ☺

                 6    

 **Jonathan Farmer** (2 mutual friends) added a photo you might be in.

6 minutes ago · 🌐



**Tag Yourself**

**Ignore**



7:36

**Kara Gormley Meador** @KaraGor... · 1d ∨
Replying to @MichalHigdon

Didn't they have an ad together?

💬 1          ⟲          ♡          ⬆

**Taylor Kearns** @RotaryChicken · 1d    ∨
Yeah where it's like, 'Here's my son. He's
an attorney, too. His name is George as
well.' Wait. Is this whole thing a George
Sink commercial?

💬          ⟲          ♡ 4          ⬆

**Marty McClellan** @PalmettoScot · 1d    ∨
Replying to @MichalHigdon

He should call 999-9999

💬          ⟲          ♡ 5          ⬆

**Luewho** 🦘 @kwstacey00 · 1d          ∨
Replying to @MichalHigdon

It's his legal name. Don't make your child
a JR if you don't want confusion 💁

💬          ⟲          ♡ 5          ⬆

**Mike Bills Entertainment** @djmik... · 1d ∨
Replying to @MichalHigdon

If you fire your child, you reap what you
sow. Whats sad is he's a former Marine
and should not be acting like this.

💬          ⟲          ♡ 4          ⬆



1:16

**WOWT 6 News**
Friday at 12:00 PM · 🌐

**RevJay Feldmann**
Their relationship is going right down the drain.....

1d    Like    Reply                                            😆 1

**Bopril Dawn**
RevJay Feldmann probably did when dad fired junior. Now they're just going to fight in the mud 💁

1d    Like    Reply

Write a reply...

**Jon Morgan**
Well, George Sink Sr gave Junior his name at birth, so he had no choice! Case dismissed! 😂

4h    Like    Reply

**Brian Green**
Here's your sign!  👍😆 2

1d    Like    Reply

**Dave Hudson**
You can't make this stuff up, folks.

2d    Like    Reply                                            👍 1

Write a comment...                                          GIF    ☺







9:02 ⌖

◄ Search

←

⬆ 11 ⬇      💬 8      ⬆ Share

savagehoneybadger • 17h
Wow dad of the year here

⋯    ↩ Reply    ⬆ 2 ⬇

Noreaster0 • 17h
Sinks to a whole new level.

⋯    ↩ Reply    ⬆ 2 ⬇

AlJumjuma83 • 16h
This is gonna be one of those legal battles where the only winner is the people watching from the sidelines. There will be hilarious legal theories thrown all around, I'm sure. A personal injury lawyer claiming trademark infringement on someone he personally gave the same name as his trademark. I would pay to sit on this jury.

⋯    ↩ Reply    ⬆ 2 ⬇

CapableSuggestion • 16h
I'd have popcorn in my purse and enjoy the show. Do you think either one represents himself??! But no back chamber mediation shit, I wanna see it ALL and the assorted family members reactions.

⋯    ↩    ⬆ 2 ⬇

AlJumjuma83 • 16h
A lawyer who represents himself has an idiot for a client.

So yeah, probably both of them.

⋯    ↩    ⬆ Vote ⬇

8:59 ⌇

◀ Search

←                                    ⬚   ⋯

⬆ 116 ⬇          💬 48           ⬆ Share

therealsheriff • 2d

This is my new favorite headline

                        ⋯   ↩ Reply   ⬆ 31 ⬇

Elogotar • 2d

You know you've failed as a father if you have to
resort to suing your child. Wonder where he
learned his shady business practices.

                        ⋯   ↩ Reply   ⬆ 32 ⬇

shellybelle16 • 2d

This is why you actually come up with names for
your children.

                        ⋯   ↩ Reply   ⬆ 55 ⬇

    naoseidog • 2d
    Lmfao. Exactly

                        ⋯   ↩   ⬆ 4 ⬇

curious-customer • 2d

What'd he do to get fired??

                        ⋯   ↩ Reply   ⬆ 22 ⬇

sheepcat87 • 2d

    Lawyers for Sink say his son created the
    George Sink II law firm weeks after he was
    terminated from his father's law firm earlier
    this year.

                        ⋯   ↩ Reply   ⬆ 18 ⌄



▲ 116 ▼          💬 48          ⬆ Share

naoseidog • 2d
Lmfao. Exactly

⋯    ↩    ▲ 4 ▼

curious-customer • 2d
What'd he do to get fired??

⋯    ↩ Reply    ▲ 22 ▼

sheepcat87 • 2d
Lawyers for Sink say his son created the
George Sink II law firm weeks after he was
terminated from his father's law firm earlier
this year.

⋯    ↩ Reply    ▲ 18 ▼

joel8x • 1d
What kind of shitty lawyer do you have to be to
get fired by your own dad, and then get sued
for using the name he gave you?

⋯    ↩    ▲ 12 ▼

nexisfan • 1d
More like what kind of super villain do you
have to be to fire your kid and then sue him
for using the name you gave him?

Jr is a good guy. His dad is a gigantic piece of
boomer shit. His firm is honestly the worst.
I'm sure he fired his son for realizing it.

⋯    ↩    ▲ 6 ▼

Add a comment                    ≫

8:49

**Jonathan Farmer**
Friday at 9:57 PM · ⊙

•••

**Ian Dotson**
He clearly stated on his website that he was not George Sink Sr. His father is just doing this out of pure spite and what a sickening thing to do to his own son. I hope he filed a countersuit

1d    Like    Reply                                    2

**Chaz Lobo**
I hope Jr. wins on the whole basis that Sr. Gave him his name.

1d    Like    Reply                                    1

**Nick Walker Sr.**
Ok so of all the accident/injury lawyers who I'm pretty sure are all kinda slime balls, George was my favorite. His commercials were aight. Now he's dead to me. Akim Anastapoulo you're my #1 now

1d    Like    Reply                                    2

   **Nick Walker Sr.** Replied · 2 Replies

**Chris Iler**
Someone care to fill me in?

1d    Like    Reply                      1

Write a comment...                            GIF   ☺







7:38 ◢                               ▪️📶 🔋

◀ Search

**Tweet**

‹

**The Post and Courier** ✓  @posta... · 21h  ⌄
might mess around and

```
|  •• |
 \    /
__| |__
/  💪 _/
\_ 💪
```

sue my son later



George Sink sues George Sink Jr. for
starting law firm with similar name
🔗 postandcourier.com

💬 31        🔁 184        ♡ 571        ⬆️

1:46 PM · 5/3/19 · TweetDeck

**247** Retweets **727** Likes

Tweet your reply

🏠          🔍          🔔          ✉️

---

7:43 ◢                          ▪️📶

◀ Search

**Tweet**

‹

**Camtron**
@NotTheRealJGL

"I'm about to George Sink your whole
career, Junior."

"FFS dad, I can take the lawsuits but
please stop with the puns."

🅿️© **The Post and Courier** ✓ @postandc... · 1
might mess around and

```
|  •• |
 \    /
__| |__...
```

2:20 PM · 5/3/19 · Twitter Web Client

💬          🔁          ♡          ⬆️

Tweet your reply

🏠          🔍          🔔          ✉️







7:41 ⌃
◀ Search

**Tweet**

**Ron Aiken** ✓
@RonAiken

That would be the gaslight of all gaslights...(around dinner table) Sink Sr.: 'How can we out-George Sink ourselves, when we've pretty much already George Sink-ed the universe to its saturation point? How can we stay ahead of Akeem and Hawklaw?' George Jr. (aka Ted): "I got it!"

 **Taylor Kearns** @RotaryChicken · 1d
Replying to @KaraGormleyM and @MichalHigdon

Yeah where it's like, 'Here's my son. He's an attorney, too. His name is George as well.' Wait. Is this whole thing a George Sink commercial?

3:11 PM · 5/3/19 · TweetDeck



Tweet your reply













7:37

◀ Search

**Tweet**

G @Opa_opa_yall · 1d
Replying to @MichalHigdon

Suing your own son, who followed in your footsteps? How much money is enough? Just retire a rich man and let your son run the firm, sheesh

♡ 2

Cecilsharonann17@gmail @Ceci... · 1d
Replying to @MichalHigdon

these worker's compensation attorneys in South Carolina and across the country R Crooks the hole worker's compensation system is in place to protect the corporation/company these attorneys LIE, REFUSE to file for your Rights the commission helps to protect ATTs&CORPs  U R SCREWED

William Van Pelt @WTVanPelt · 1d
Replying to @MichalHigdon

Ya gotta luv lawyers.

**More replies**

JB @iesie62464053 · 1d

Tweet your reply

