**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | |
|---|---|
| GEORGE SINK, P.A. INJURY LAWYERS, | ) Civil Case No. 2:19-cv-01206-DCN |
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS** |
| | ) **FIRST AMENDED COMPLAINT** |
| GEORGE SINK II LAW FIRM, LLC, | ) **PURSUANT TO RULE 12(B)(6)** |
| GEORGE SINK LAW FIRM, LLC, | ) |
| SOUTHERN LEGAL ASSOCIATION, LLC, | ) |
| and GEORGE ("TED") SINK, JR., | ) |
| Defendants. | ) |

Please take notice that the Defendants George Sink II Law Firm, LLC, George Sink Law Firm, LLC, Southern Legal Association, LLC, and George ("Ted") Sink, Jr., will move before the Honorable David C. Norton, ten (10) days after notice hereof or as soon thereafter as may be convenient for the Court, for an order dismissing the Plaintiff's May 21, 2019 First Amended Complaint in its entirety pursuant to the authority of Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Motion**

This motion is based upon the same exact arguments and authorities contained in Defendants' Motion to Dismiss filed with this Court on May 10, 2019 as entry number 11 which are hereby adopted and incorporated by reference as if written verbatim herein.

**Conclusion**

Plaintiff's First Amended Complaint adds nothing new to these proceedings. The original Complaint should have been dismissed just like the First Amended Complaint should be dismissed.

June 7, 2019
Charleston, South Carolina

1

2

s/Ronald L. Richter, Jr.
Ronald L. Richter, Jr. (Federal Bar No. 6264)
s/Scott M. Mongillo
Scott M. Mongillo (Federal Bar No. 7436)
BLAND RICHTER, LLP
*Attorneys for Defendants*
Peoples Building
18 Broad Street, Mezzanine
Charleston, South Carolina 29401
Telephone 843.573.9900
Facsimile 843.573.0200
ronnie@blandrichter.com
scott@blandrichter.com

s/Eric S. Bland
Eric S. Bland (Federal Bar No. 5472)
BLAND RICHTER, LLP
*Attorneys for Defendants*
1500 Calhoun Street
Post Office Box 72
Columbia, South Carolina 29202
Telephone 803.256.9664
Facsimile 803.256.3056
ericbland@blandrichter.com

-and-

s/Timothy D. St. Clair
Timothy D. St. Clair (Federal Bar No. 4270)
PARKER POE ADAMS & BERNSTEIN, LLP
*Attorneys for Defendants*
110 East Court Street, Suite 200
Greenville, South Carolina 29601
Telephone:  864.577.6371
Facsimile:  864.242.9888
timstclair@parkerpoe.com