**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| GEORGE SINK, P.A. INJURY LAWYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CA No. 2:19-cv-01206-DCN** |
| | ) | |
| GEORGE SINK II LAW FIRM, LLC, | ) | **NOTICE OF FILING** |
| GEORGE SINK LAW FIRM, LLC, | ) | |
| SOUTHERN LEGAL ASSOCIATION, LLC, | ) | |
| AND GEORGE ("TED") SINK, JR., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

Please take notice that the Plaintiff, George Sink, P.A. Injury Lawyers, is filing herewith the Affidavit of Patrick Scarlett, as an additional attachment to its Reply in Support of Plaintiff's Motion for Preliminary Injunction (ECF No. 24) in this matter.

Respectfully submitted,

/s/ Allan R. Holmes
Allan R. Holmes (Fed. ID# 1925)
Cheryl H. Ledbetter (Fed. ID# 11446)
GIBBS & HOLMES
171 Church Street, Suite 110
Charleston, SC 29401
(843) 722-0033 (telephone)
(843) 722-0114 (facsimile)
E-mail: aholmes@gibbs-holmes.com
cledbetter@gibbs-holmes.com

Trudy H. Robertson
Federal ID No. 6211
MOORE & VAN ALLEN PLLC
78 Wentworth Street
Charleston, SC 29401

Telephone: (843) 579-7061
Facsimile: (843) 579-8722
E-mail: trudyrobertson@mvalaw.com

J. Mark Wilson
N.C. State Bar No. 25763
Kathryn G. Cole
N.C. State Bar No. 39106
Minar Kim
N.C. State Bar No. 46173
MOORE & VAN ALLEN PLLC
100 North Tryon Street
Suite 4700
Charlotte, North Carolina 28202
Telephone: (704) 331-1000
Facsimile: (704) 331-1159
E-mail: markwilson@mvalaw.com
katecole@mvalaw.com
minniekim@mvalaw.com

***Attorneys for Plaintiff George Sink, P.A.
Injury Lawyers***

Charleston, SC
July 26, 2019

2

1

STATE OF SOUTH CAROLIINA )
                                )
COUNTY OF CHARLESTON     )      **AFFIDAVIT OF PATRICK SCARLETT**
                                )

PERSONALLY appeared before me, Patrick Scarlett, who, being duly sworn, deposes and says:

1.      I am a licensed attorney and employee of George Sink, P.A. Injury Lawyers.

2.      On June 28, 2019, I was at 7053 Rivers Avenue, North Charleston, South Carolina in Megan Watson's office when David Cann, our CFO, arrived holding an envelope. We were the only three people present.

3.      On information and belief, the envelope was handed to him by the mail team after it had been opened automatically in the course of processing the mail.

4.      I saw that the envelope was addressed to George Sink II / George Sink Jr. I took a picture of the outside of the envelope, which is copied below. This is the only picture or reproduction of any kind that I made regarding this envelope or its contents.



2

5.    I did not know whether this piece of mail was truly intended for George Sink Jr. or whether this was regarding a client matter for a previous client of George Sink Jr. who had elected to stay with George Sink, P.A. Injury Lawyers, so I looked inside at only the cover sheet to confirm that it was indeed intended for George Sink Jr.

6.    I forget exactly what I saw, but perhaps it was an invoice amount. Whatever it was, it confirmed to me that George Sink Jr. was the intended recipient.

7.    After handing him back the envelope and on my request, David immediately placed the envelope on the ground while David got a FedEx envelope.

8.    David sealed the original opened envelope inside the FedEx envelope and addressed it to George Sink Jr.'s office.

9.    Other than my looking at the cover sheet, none of us looked at the contents of the envelope during this process.

10.    I make the foregoing true statement with full knowledge that a false statement concerning the facts contained in this affidavit may subject the person making the false statement to criminal penalties as provided by law.

_____
Patrick Scarlett

SWORN TO AND SUBSCRIBED before me
this 23 day of _____July_____, 2019.

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES: ___6-23-2024___

JENNIFER J. MARGOLIS
NOTARY
My Comm. Exp.
06-23-2024
PUBLIC
SOUTH CAROLINA