# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| **George Sink, P.A. Injury Lawyers,** | ) | No.: 2:19-cv-01206-DCN |
| Plaintiff, | ) | |
| v. | ) | **Notice of Appeal** |
| **George Sink II Law Firm, LLC; George Sink Law Firm, LLC; Southern Legal Association, LLC; and George ("Ted") Sink, Jr.;** | ) | |
| Defendants. | ) | |

**Notice is hereby given** that George Sink II Law Firm, LLC; George Sink Law Firm, LLC; Southern Legal Association, LLC; and George ("Ted") Sink, Jr.; Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Order entered in this action on August 9, 2019, granting Plaintiff's motion for preliminary injunction, &c. (ECF Entry 41).

Dated: 08/30/19

/s/ Jason Scott Luck
Jason Scott Luck (Fed. Id. 9696)
jluck@garrettlawsc.com
Garrett Law Offices, LLC
1075 E. Montague Ave.
North Charleston, SC 29405
843.554.5515 (phone)
843.747.3198 (telefax)
**Attorney for Defendants**