# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| George Sink, P.A. Injury Lawyers,<br><br>Plaintiff,<br><br>vs.<br><br>George Sink II Law Firm, LLC,<br>George Sink Law Firm, LLC,<br>Southern Legal Association, LLC,<br>and George ("Ted") Sink, Jr.,<br><br>Defendants | Civil Case No. 2:19-cv-01206-DCN<br><br><br>**MOTION FOR LEAVE TO WITHDRAW<br>AS COUNSEL FOR DEFENDANTS** |

Pursuant to Local Civ. Rule 83.I.07(A) (D.S.C.) and such other authorities made and provided, Parker Poe Adams & Bernstein LLP moves the Court for leave to withdraw as counsel for the Defendants in this action. This motion is made with the consent of the Defendants. This motion is also made with the consent of Jason Scott Luck, who will remain as counsel for the Defendants.

                                              Respectfully submitted,

                                              Parker Poe Adams & Bernstein LLP

October 9, 2019                   *s/ Timothy D. St.Clair*
Greenville, SC                     Timothy D. St.Clair (Fed ID # 4270)
                                       e-mail: timstclair@parkerpoe.com
                                         110 East Court Street, Suite 200
                                         Greenville, South Carolina 29601
                                         Telephone: (864) 577-6371
                                         Facsimile: (864) 242-9888